### Robert Epstein et al. *v.* Greco Auto Parts, Inc., et al.
### (9833)

Daly, Foti and Heiman, Js.

Argued October 28—decision released November 19, 1991

*Jonathan Perkins,* for the appellants (plaintiffs).

*Frederick M. Vollono,* for the appellees (defendants).

Per Curiam. The judgment is affirmed.